UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIE JACKSON,

Plaintiff,

v.

BEAN,

Defendant.

Case No.: 3:26-CV-00096-MMD-CLB

**ORDER**

On February 9, 2026, pro se plaintiff Willie Jackson, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* but did not submit a complaint. *See* ECF No. 1.  The Court will grant Plaintiff an extension of time to file a signed complaint.

"A civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."  LSR 2-1.  And the complaint must be signed personally by the unrepresented party.  Fed. R. Civ. P. 11(a).

**IT IS THEREFORE ORDERED** that, no later than **March 18, 2026**, Plaintiff must submit a signed complaint to this Court

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

**DATED**: February 18, 2026

_____
UNITED STATES MAGISTRATE JUDGE